# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMESH TURUVEKERE, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : NO. 12-5158 |
| v. | : |
| | : |
| CONTINUSERVE, LLC and | : |
| CONTINUSERVE SOFTECH INDIA PVT. LTD., | : |
| | : |
| Defendant. | : |

**ORDER**

**AND NOW**, this 28th day of November 2012, upon consideration of defendants' motion to dismiss count V of the complaint under Federal Rule of Civil Procedure 12(b)(6) (Doc. # 4), plaintiff's opposition brief, and defendants' reply thereto, **IT IS HEREBY ORDERED THAT** the motion to dismiss count V is **DENIED**.

                                                                                 s/ William H. Yohn Jr.

                                                                        William H. Yohn, Jr., Judge